# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

TYRONE LEE OWENS JR.,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. CV413-045
                                     )
AUTRY STATE PRISON, *et al.*,        )
                                     )
        Defendants.                  )

## ORDER

Civil rights plaintiff Tyrone Lee Owens, Jr., has submitted for filing a prison-conditions complaint arising from Mitchell County, Georgia. Doc. 1 at 4. Because his claims pertain to events that transpired in Mitchell County and the defendants are located there, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case is transferred to the

Middle District of Georgia for all further proceedings.

**SO ORDERED** this 26th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA